THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d) (2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Ronald K.
 Beusse, Appellant.
 
 
 
 
 

Appeal From Anderson County
Roger L. Couch , Circuit Court Judge

Unpublished Opinion No. 2010-UP-026
 Submitted January 4, 2010  Filed January
25, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins,
 South Carolina Commission of Indigent Defense, Division of Appellate Defense,
 of Columbia, for Appellant.
 John Benjamin Aplin, S.C. Dept. of
 Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  In October, 2001, Ronald K. Beusse was
 sentenced for a lewd act upon a child under sixteen to fifteen years suspended
 to 4.5 years with five years of probation.  Following a probation revocation hearing,
 the court revoked Beusse's suspended sentence.  Beusse's counsel attached to
 the brief a petition to be relieved as counsel, stating that she had reviewed
 the record and concluded this appeal lacks merit.  Beusse did not file a pro se brief.  
After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED
HUFF, A.C.J., GEATHERS,
 J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.